CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

August 18, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL A. LOVINGS, | ) | |
| Plaintiff, | ) | Civil Action No. 7:25-cv-00534 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| PATRICIA L. WEST, | ) | Chief United States District Judge |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Paul A. Lovings, a Virginia inmate acting *pro se*, filed this 42 U.S.C. § 1983 complaint alleging claims arising out of parole revocation proceedings. (Compl., Dkt. No. 1.) In a motion regarding "Court Costs and Fees," Lovings seeks an order directing that his prison's accounting office stop taking money from his inmate spend account. (Dkt. No. 27.) The court construes this motion as requesting injunctive relief. Lovings, however, executed a consent to fee form in this case that expressly authorizes the "appropriate prison officials to withhold from my prison account an initial payment" and to "collect on a continuing basis each month, an amount of no more than 20% of each month's prior income, until such time as the filing fee of $350.00 has been collected in full." (Dkt. No. 5.) Accordingly, Lovings is not entitled to the relief he requests in his motion.

For these reasons, plaintiff's motion for injunctive relief (Dkt. No. 27) is DENIED. The Clerk shall send a copy of this order to Lovings and to all counsel of record.

Entered: August 18, 2026.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge